IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| DOUGLAS W. WEITZMAN, and PHILIP ZAUDERER, Derivatively on Behalf of J.C. PENNEY COMPANY, INC.,, <br><br> Plaintiff, <br><br> v. <br><br> MYRON E. ULLMAN III, KENNETH H. HANNAH, THOMAS ENGIBOUS, COLLEEN BARRETT, KENT FOSTER, GERALDINE LAYBOURNE, LEONARD ROBERTS, JAVIER TERUEL, R. GERALD TURNER, RONALD W. TYSOE, and MARY BETH WEST, <br><br> Defendants, <br><br> and <br><br> J.C. PENNEY COMPANY, INC., <br><br> Nominal Defendant. | Case No. 4:13-CV-585-KPJ <br><br> Consolidated with: 4:13-cv-587-KPJ <br><br> **SHAREHOLDER DERIVATIVE ACTION** |

## FINAL JUDGMENT

Pursuant to the Court's Order Granting Final Approval of Settlement filed in this matter on this date, it is hereby, **ORDERED**, **ADJUDGED**, and **DECREED** that the above-entitled and numbered cause of action is **DISMISSED** in its entirety, with prejudice.

This is a **FINAL JUDGMENT**. All relief not previously granted is hereby **DENIED**, and the Clerk is directed to **CLOSE** this civil action.

IT IS SO ORDERED.

SIGNED this 12th day of September, 2018.

_____
KIMBERLY C. PRIEST JOHNSON
UNITED STATES MAGISTRATE JUDGE